No. 72–5107. DAWLEY *v.* COUNTY OF SACRAMENTO. Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–1482. FLEMING ET AL. *v.* BOSTON SAFE DEPOSIT & TRUST CO. ET AL. Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 71–1651. NEWBERN, EXECUTRIX, ET AL. *v.* ALABAMA. Appeal from Ct. Civ. App. Ala. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 71–6520. JACK ET AL. *v.* CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal., County of Santa Clara, dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–5070. KELLEY *v.* IOWA DEPARTMENT OF SOCIAL SERVICES. Appeal from Sup. Ct. Iowa dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72-20. MOTTELER, ADMINISTRATRIX *v.* J. A. JONES CONSTRUCTION CO. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.